**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**RUSSELL HINSLEY**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 2:24-CV-00187-BSM**

**CITY OF CLARENDON**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE